**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.** __3:20-cv-746-RGJ__

DONOVAN MARK HAWKINS                                                    PLAINTIFF

v.                                          **NOTICE OF REMOVAL**

SPENCER COUNTY BOARD OF EDUCATION                                    DEFENDANT

Defendant, Spencer County Board of Education, hereby removes this action to this Court pursuant to 28 U.S.C. § 1441, and in support thereof, states as follows:

1.      A civil action was filed on October 15, 2020, and is now pending in the Circuit Court of Spencer County, Kentucky, Civil Action No. 20-CI-00157, wherein Donovan Mark Hawkins is the Plaintiff, and Spencer County Board of Education is the Defendant.  Defendant, Spencer County Board of Education, was served with a copy of the Complaint on October 19, 2020.

2.      Therefore, Notice of Removal is filed with this Court within thirty (30) days of receipt of the Complaint as required by 28 U.S.C. § 1446.

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and Defendant is entitled to remove this action pursuant to 28 U.S.C. § 1441 because of a federal question.  The action arises in part pursuant to the First Amendment to the United States Constitution and 42 U.S.C. §1983.

4.      Venue lies in this Court because Plaintiff's action is pending in Spencer County, Kentucky, which is within this district and division.  28 U.S.C. § 1441.

5.      Copies of all process and pleadings required to be filed with this Court under 28 U.S.C. § 1446 are attached hereto as Exhibit 1.

3163501

6.      Defendant has given written notice of the filing of this petition to the Clerk of the Spencer Circuit Court and counsel for Plaintiff as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant, Spencer County Board of Education, gives this Notice of Removal of the action against it now pending in the Spencer County Circuit Court, Commonwealth of Kentucky, and respectfully requests that this Court accept jurisdiction of this action.

Respectfully submitted,

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
Telephone: (270) 781-6500
Facsimile: (270) 782-7782
Email: rjackson@elpolaw.com
　　　　mowsley@elpolaw.com


 */s/ Regina A. Jackson*_____
REGINA A. JACKSON
MICHAEL A. OWSLEY
*Counsel for Spencer County Board of Education*


## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mr. Samuel G. Hayward – samuelghayward@hotmail.com


*/s/ Regina A. Jackson*_____
Regina A. Jackson

3163501